# Court of Appeals
# of the State of Georgia

ATLANTA,   August 28, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0007.  LENA FELIX et al. v. FEDERAL HOME LOAN MORTGAGE CORP.**

Federal Home Loan Mortgage Corporation filed a dispossessory action against Lena and Meschack Felix in magistrate court.  Following an adverse ruling, the Felixes appealed to superior court.  On July 9, 2012, the superior court dismissed the appeal.  The Felixes filed a motion for reconsideration, which the court denied.  On July 30, 2012, the Felixes filed a notice of appeal to this Court.  We lack jurisdiction for two reasons.

First, because the superior court's order disposes of a de novo appeal from a magistrate court decision, the Felixes were required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Second, an appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  The Felixes filed their notice of appeal 21 days after the superior court dismissed their appeal.  Although the Felixes filed a motion for reconsideration of the dismissal, a motion for reconsideration does not extend the time for filing a notice of appeal, and the denial of such a motion is not itself directly appealable. *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u>08/28/2012</u>
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*